NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000901
24-FEB-2016
08:02 AM

NO. CAAP-15-0000901

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASPEN SHACKLETON, III, LLLC, et al., Plaintiffs-Appellees,
v.
GEORGETTE KAULIA, et al., Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-343)

ORDER DISMISSING APPEAL PURSUANT
TO HRAP RULES 11(b)(2) and (c)(2)
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record in No. CAAP-15-000901 and the Hawai'i State Judiciary Ho'ohiki for the underlying case, Civil No. 13-1-343, it appears that:

(1) On November 23, 2015, Defendants-Appellants Georgette Kaulia and Bert Chan Kahumoku (Appellants), pro se, filed a notice of appeal;

(2) That same day, Appellant Georgette Kaulia filed a motion for leave to proceed on appeal in forma pauperis;

(3) On December 22, 2015, the court denied the motion without prejudice to a subsequent motion containing the information requested in Form 4 of the Hawai'i Rules of Appellate Procedure (HRAP);

(4) Thereafter, neither appellant filed a motion for leave to proceed on appeal in forma pauperis here or in the underlying circuit court case, Civil No. 13-1-343;

(5) On February 8, 2015, the appellate clerk notified Appellants that the time to docket the record on appeal expired on January 22, 2016, the filing and docketing fees had not been paid, the record on appeal cannot be prepared without the fees or an order authorizing Appellants to proceed on appeal in forma pauperis, the matter would be called to the court's attention on February 18, 2016, for appropriate action, which may include dismissal, and Appellants may file a motion requesting relief from default;

(6) Appellants did not pay the filing and docketing fees, or take any further action in this appeal; and

(7) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. HRAP Rule 11(b)(2) & (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, February 24, 2016.

Presiding Judge

Associate Judge

Associate Judge

-2-